UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| DUANE KISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 0:16-cv-00072-HRW |
| ) | |
| FCA US LLC, ) | |
| ) | |
| Defendant. ) | |

## FCA US LLC'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT, OR, IN THE ALTERNATIVE, TO STRIKE THE CLASS ALLEGATIONS

Defendant FCA US LLC, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and this Court's inherent authority, moves for dismissal of the First Amended Class Action Complaint filed by Plaintiff Duane Kiser, or, alternatively, for the Court to strike the class allegations. In support of its Motion, FCA US states as follows:

1. Plaintiff's claim for breach of express warranty set forth in Count II fails because Plaintiff alleges that there is a design defect in the Uconnect infotainment system installed in his Jeep Renegade, but the Basic Limited Warranty on which he bases this claim does not cover defects in design.

2. Plaintiff's claim for breach of implied warranty in Count III fails because he admits that he purchased his Jeep Renegade vehicle and its Uconnect infotainment system from a third party, and not from FCA US. Thus, privity is lacking.

3. Plaintiff's claim set forth in Count I for violation of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301, *et seq.*, fails because Plaintiff has no viable state-law breach of warranty claim.

4.     The class allegations fail because there are multiple different laws applicable to the claims of the putative class, and these laws have significant outcome determinative differences which make clear that the predominance requisite for class certification could never be satisfied. Furthermore, Plaintiff's defined class sweeps too broad a brush as it encompasses uninjured vehicle owners.

5.     In further support of this Motion, FCA US adopts and incorporates herein by reference its Memorandum in Support of its Motion to Dismiss First Amended Class Action Complaint, or, in the Alternative, to Strike the Class Allegations.

FOR RELIEF, FCA US LLC respectfully requests that this Court dismiss the First Amended Class Action Complaint in its entirety, or, in the alternative that it strike the class allegations therein.

Respectfully submitted,

/s/ Linsey W. West
Linsey W. West
linsey.west@dinsmore.com
Kara M. Stewart
kara.stewart@dinsmore.com
DINSMORE & SHOHL LLP
250 West Main Street, Suite 1400
Lexington, Kentucky 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099

- 3 -

        Kathy A. Wisniewski
        kwisniewski@thompsoncoburn.com
        Stephen A. D'Aunoy
        sdaunoy@thompsoncoburn.com
        **THOMPSON COBURN LLP**
        One US Bank Plaza
        St. Louis, Missouri 63101
        Phone: (314) 552-6000
        Facsimile: (314) 552-7000

        *Attorneys for FCA US LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of September, 2016, a copy of foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        /s/ Linsey W. West