UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CIVIL ACTION NO. 0:16-CV-00072-HRW
*Electronically Filed*

**DUANE KISER**                                                                                      **PLAINTIFF**

**v.**

**FCA US LLC**                                                                                       **DEFENDANT**

### STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Duane Kiser and Defendant FCA US LLC, by and through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate and agree that this action is voluntarily dismissed, without prejudice.

| | |
|---|---|
| **/s/ Matthew T. Lockaby** | **/s/ Linsey W. West** |
| Matthew T. Lockaby | Linsey W. West |
| Lockaby PLLC | Dinsmore & Shohl LLP |
| 1795 Alysheba Way, Suite 4207 | 250 West Main Street, Suite 1400 |
| Lexington, Kentucky 40509 | Lexington, Kentucky 40507 |
| Tele:  859.263.7884 | Tele:  859.425.1000 |
| Fax:   844.270.3044 | Fax:   859.425.1099 |
| Email: mlockaby@lockabylaw.com | Email: lin.west@dinsmore.com |
| | |
| *Counsel for Plaintiff, Duane Kiser* | Kathy A. Wisniewski |
| | Mark A. Mattingly |
| | Thompson Coburn LLP |
| | One US Bank Plaza |
| | St. Louis, Missouri 63101 |
| | Tele:  314.552.6337 |
| | Fax:   314.552.7000 |
| | Email: kwisniewski@thompsoncoburn.com |
| |         mmattingly@thompsoncoburn.com |
| | |
| | *Counsel for Defendant, FCA US LLC* |

- 2 -

## CERTIFICATE OF SERVICE

      This is to certify that, on November 2, 2016, I electronically filed the foregoing Stipulation of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record.

                                          **/s/ Matthew T. Lockaby**