UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

CIVIL ACTION NO. 16-72-HRW

DUANE KISER,                                                                PLAINTIFF,

v.                                             ORDER

FCA US LLC.,,                                                               DEFENDANT.

This matter is before the Court upon the parties' Stipulation of Voluntary Dismissal of this civil action. [Docket No. 18].

Having reviewed the record and being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that this matter be **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket of this Court.

This 3rd day of November, 2016.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge

_____
Henry R. Wilhoit, Jr., Senior Judge